Walter O'Cheskey
Chapter 13 Trustee
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

TIMOTHY DEAN HOWELL

CASE NO: 13-70362-HDH-13
HEARING DATE: 11/20/2013
HEARING TIME:  10:00am

**TRUSTEE'S MOTION TO DISMISS FOR REQUIRED INFORMATION PRIOR TO CREDITOR MEETING AND OR REDUCE ATTORNEY FEES**

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Trustee's Motion to Dismiss for Required Information Prior to Creditor Meeting and or Reduce Attorney Fees in accordance with 11 U.S.C. 1307(c), Rule 9014, Rule 1017(f)(1), and General Order 2010-01 and would respectively show unto to the Court as follows:

Delay prejudicial to creditors for failure to provide;

Copy of social security card.

Complete domestic support obligation affidavit.

2012 tax return.

Cash flow chart.

Proof of child support received.

WHEREFORE, the Trustee prays that this Chapter 13 case be dismissed and/or Debtor's Attorney's fees be reduced, per 11 U.S.C. 1307(c).

Respectfully submitted,

/s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

## IMPORTANT NOTICE

A HEARING WILL BE HELD 11/20/2013 AT 10:00am AT THE FOLLOWING ADDRESS:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE SHALL BE HELD AT THE SAME LOCATION AT 8:30am  ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

TIMOTHY DEAN HOWELL 802 E MICHIGAN #41  ELECTRA TX 76360


Date:     10/17/2013                                                                     /s/ Walter O'Cheskey
                                                                                          _____
                                                                                          Walter O'Cheskey
                                                                                          Chapter 13 Trustee