Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue   Lubbock, TX 79424
(806) 748-1980 Phone    (806) 748-1956 Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

TIMOTHY DEAN HOWELL

CASE NO. 13-70362-HDH-13

| | |
|---|---|
| AKA1: | AKA2: |
| DBA1: | DBA2: |
| SS#1: xxx-xx- 3722 | SS#2: |

## REPORT OF 341 MEETING

I. 341 MEETING REPORT:

   A. Orig. Date: 10/28/2013   Orig. Time:   3:00 PM            Reset Date:    11/14/2013 Reset Time:    1:00 PM

   B. Meeting Results:    Adjourned

   C. Debtor(s):    Debtor 1 Appeared

   D. Attorney for Debtor(s):    Appeared

   E. Creditor Appearance:    none

   F. Amount Paid to the Trustee as of    11/14/2013    $425.00    First Payment Due Date:    10/31/2013

   G. File Trustee's Motion to Dismiss because

   H. B22C Information:    B22C Form is:    Complete

         Budgeted Income:    $4,620.00    Expense:    $4,195.00    Surplus:    $425.00

         Plan Payment:    $425.00 Monthly                   Plan Term(Months):    60

   I. Value of Non-Exempt Property:    $0.00   Proposed Amount to Unsecured Creditors:    $0.00

         Objection to Exemption of:

         ___ Repeat Filing (If case dismissed, it should be with prejudice)  Previous Case Numbers:

         ___ Object to Invoke Stay Pleading

         ___ Case Converted from Chapter 7, Bar Date Set:    1/27/2014    Date Converted from Chapter 7:

   J. Required Information:    need complete DSO, 2012 tax return

   K. Business Information:    cash flow chart,

   L. Object to Confirmation:    Yes

         Plan fails to provide $7,500 equity in non-exempt property

   M. Financial Management Class:    Debtor 1 Appeared

   N. Eligibility:

         Certificate of Credit Counseling Filed:    Debtor 1 Only

         Credit Counseling Provider Approved:                     Yes

         Debt Limits Exceeded (Secured-$1,081,400; Unsecured-$360,475):    No

   O. Domestic Support Obligation:    $0.00    Current:    Arrears:    $0.00

         Affidavit and Disclosure of Domestic Support Obligations Received:    Yes

   P. Remarks:    1st pmt of $425 rcvd 11/4/13, due 31st, no ww
                        confirmation hearing 11/20/13

   Dated:    11/14/2013                                                         /s/ Walter O'Cheskey
                                                                                         Standing Bankruptcy Trustee
                                                                                         By:    Angela Gonzales

| | | | | | |
|---|---|---|---|---|---|
| **Case Number:** | | 13-70362 | | | |
| **Debtor:** | | HOWELL | | | |
| **Attorney:** | | MJW | | | |
| **Presiding Officer:** | | Angela | | | |
| **Calculation Date:** | | | | | 11/14/2013 10:51 |
| | | | | | |
| **Domestic Support**   Input name from Plan | **Arrears** Enter amount from Plan | **Int. Rate** Enter from Plan | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | | | | |
| **Secured Creditor/Collateral** Input name from Plan | **Value/Claim Amount** Enter amount from Plan | **Int. Rate** Enter from Plan | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| FIRST CAPITAL BANK | $1,000.00 | 5.00% | 60 | $18.87 | $1,132.27 |
| FIRST CAPITAL BANK | $2,500.00 | 5.00% | 60 | $47.18 | $2,830.69 |
| FIRST CAPITAL BANK | $7,978.19 | 5.00% | 60 | $150.56 | $9,033.50 |
| FIRST CAPITAL BANK | $4,521.81 | 5.00% | 60 | $85.33 | $5,119.93 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | $0.00 | 0.00% | 1 | $0.00 | $0.00 |
| | | | | | |
| **Priority Creditor**    Input name from Plan | **Value/Claim Amount** Enter amount from Plan | | **Term** Per Plan | **Calculated Monthly Payment** | **Total Pmt. Per Term of Plan** |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | $0.00 | | 1 | $0.00 | $0.00 |
| | | | | | |
| **Attorney Fees**    Paid Through the Plan | $3,676.00 | | | | $3,676.00 |
| **Noticing Fees** | $61.44 | | | | $61.44 |
| **Clerk Filing Fees** | | | | | $0.00 |
| | | | | | |
| **Hardacre Minimum** | **$0.00** <-------------- | | | | |
| Chapter 7 Minimum (Gross) | | | | | |
|   Less Trustee Fees | $0.00 | | | | |
|   Less Attorney Fees | $3,676.00 | | | | |
|   Less Noticing Fees | $61.44 | | Greater Of ---------> | | $0.00 |
|   Less Clerk Filing Fees | $0.00 | | | | |
|   Less Scheduled Priority Claims | $0.00 | | | | |
|   Less Other (Explain Below) | $0.00 | | | | |
| **Chapter 7 Minimum (Net)** | **$0.00** <-------------- | | | | |
| | | | | | |
| **Total Scheduled General Unsecured Claims (Limits Greater of Hardacre or Chapter 7 Minimum)** | | | | | $45,071.01 |
| | | | | | |
| **Calculated Base (Admin, Secured, Priority, DSO, Lower of Minimum or Sched U/S & Trustee Fee)** | | | | | $24,275.20 |
| **Debtor Plan Base (Monthly Payment X Term)** | | | | | $25,500.00 |
| **Surplus (Debtor Plan Base - Calculated Base)** | | | | | **$1,224.80** |
| | | | | | |
| **Comments:** | | | | | |

| | |
|---|---|
| **Case Number:** | 0 |
| **Debtor:** | 0 |
| **Attorney:** | 0 |
| **Presiding Officer:** | 0 |
| **Calculation Date:** | **11/14/2013 10:51** |

| | | |
|---|---|---|
| **Schedule I Gross Income** | | |
| **Less Line 57 B22C** | | $0.00 |
| | | |
| **Adjustments (Enter as positive to add, negative to subtract)** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Month Disposable Income Available** | | $0.00 |
| **Multiplier** | | 1 |
| **Minimum to Unsecureds** | | **$0.00** |

**Comments:**