Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

TIMOTHY DEAN HOWELL

CASE NO: 13-70362-HDH-13
HEARING DATE:  2/12/2014
HEARING TIME:   10:30 AM

## NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT

PLEASE TAKE NOTICE that on 2/12/2014 at 10:30 AM at the following location

VIDEO HEARING:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

The above captioned Debtor(s) will seek an Order of the Bankruptcy Court granting the relief requested in the

### Debtor's(s')  Chapter 13 Plan and Motion for Valuation

PLEASE TAKE FURTHER NOTICE that any party objecting or responding to any relief sought in the above pleading must do so in writing.  The objection or response must be served upon the Debtor's(s') counsel (or the Debtor(s) if not represented by counsel), and upon the Chapter 13 Trustee NOT LESS THAN SEVEN (7) DAYS PRIOR TO THE ABOVE HEARING DATE.

**FAILURE TO FILE AND SERVE A WRITTEN OBJECTION OR RESPONSE AS STATED, AND FAILURE TO ATTEND BOTH THE PRE-HEARING CONFERENCE AND THE COURT'S HEARING SHALL CONSTITUTE A WAIVER OF ANY OBJECTION OR RESPONSE, AND JUDGMENT SHALL BE ENTERED BY DEFAULT, UNLESS OTHERWISE ORDERED BY THE COURT.**

SETTLEMENTS OR AGREEMENTS, SIGNED OR ACKNOWLEDGED BY BOTH PARTIES, MUST BE FAXED OR EMAILED TO THE TRUSTEE'S OFFICE 48 HOURS PRIOR TO THE HEARING DATE.

A PRE-HEARING CONFERENCE WILL BE HELD BY THE TRUSTEE ON 2/12/2014 AT 08:30 AM AT THE FOLLOWING ADDRESS:

US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

HEARINGS ON OBJECTIONS OR RESPONSES NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT IMMEDIATELY FOLLOWING THE PRE-HEARING CONFERENCE.

Dated:    1/17/2014

Respectfully submitted,

/s/ Walter O'Cheskey
_____
Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF CONTINUED HEARING AND THE RIGHT TO OBJECT for the Debtor's(s') Chapter 13 Plan and Motion for Valuation was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   1/17/2014                                             /s/ Walter O'Cheskey

                                                                                                                                           _____
Walter O'Cheskey
Chapter 13 Trustee

```
DIRECT ENERGY PO BOX 660300  DALLAS TX 75266
DR FARDIN DJAFARI MD 4327 BARNETT RD  WICHITA FALLS TX 76310
ELECTRA MEDICAL SUPPLY PO BOX 1112  ELECTRA TX 76360
ELECTRA MEMORIAL HOSPITAL PO BOX 1112  ELECTRA TX 76360
ELECTRA MEMORIAL HOSPITAL PO BOX 1112 1207 SOUTH BAILEY STREET ELECTRA TX 76360
EXECUTIVE SERVICES PO BOX 2248  WICHITA FALLS TX 76307
FIRST CAPITAL BANK 5030 STONE LAKE DR  WICHITA FALLS TX 76310
FIRST PREMIER BANK 601 S MINNESOTA AVE  SIOUX FALLS SD 57104
GE CAPITAL RETAIL BANK ATTAN: BANKRUPTCY DEPT PO BOX 103106 ROSWELL GA 30076
IMAGING OF NORTH TEXAS 1722 NINTH ST  WICHITA FALLS TX 76301
INTERNAL REVENUE SERVICE PO BOX 7317  PHILADELPHIA PA 19101
INTERNAL REVENUE SERVICE PO BOX 7346  PHILADELPHIA PA 19101
JENNIFER HOWELL 814 COUNTRY ROAD  WICHITA FALLS TX 76301
MEDICAL DATA SYSTEMS 2001 9TH AVE STE 312  VERO BEACH FL 32960
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
RADIOLOGY ASSOCIATES 808 BROOK AVENUE  WICHITA FALLS TX 76301
TIMOTHY DEAN HOWELL 802 E MICHIGAN #41  ELECTRA TX 76360
TITANIUM EMERGENCY GROUP PO BOX 3407 EMERGENCY ROOM PHYSICIANS WICHITA FALLS TX 76301
UNITED REGIONAL ATTN: BILLING DEPT 1600 11TH STREET WICHITA FALLS TX 76301
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE STREET SUITE 300 DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
US CELLULAR PO BOX 650684  DALLAS TX 75265
```